# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

DIRECT NUMBER: (212) 326-8321
KTOBITSCH@JONESDAY.COM

May 26, 2020

*[Handwritten order:]* In View of the parties Notice of Settlement (Dkt #8), It is Ordered that the case is discontinued without prejudice to the right to reopen within 21 days if the settlement is not consummated.

/s/ (ARR)
ALLYNE R. ROSS, U.S.D.J.
5/27/20

VIA ECF

Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *John W. Lynn v. Experian Information Solutions, Inc.*
     Case No. 1:20-cv-00830-ARR-SMG (E.D.N.Y.)

Dear Judge Gold:

Experian Information Solutions, Inc. ("Experian") is writing to advise the Court that Plaintiff and Experian have reached a settlement. The parties are currently processing settlement documents. The parties jointly request to be excused from all upcoming deadlines in this matter, including the initial conference scheduled for May 29, 2020.

Respectfully submitted,

*/s/ Kerianne Tobitsch*

Kerianne Tobitsch

cc:   All counsel of record (via ECF)